SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAITAO YANG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; <br> EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; <br> CHRISTINA POULOS, Acting Director of USCIS California Service Center; <br> ROBERT S. MUELLER, Director of Federal Bureau of Investigation; <br><br> Defendants. | No. C 07-0511 JW <br><br> **STIPULATION TO DISMISS AND VACATE HEARING DATE; AND [PROPOSED] ORDER** |

     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

     The parties also ask the Court to vacate the August 13, 2007 hearing on Defendants' motion to dismiss and the parties' cross-motions for summary judgment.

     Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-0511 JW          1

1 | Dated: July 31, 2007 | Respectfully submitted,

2 | | SCOTT N. SCHOOLS
  | | United States Attorney

3 |

4 | | _____/s/_____
  | | ILA C. DEISS

5 | | Assistant United States Attorney
  | | Attorneys for Defendants

6 |

7 |

8 | Dated: July 31, 2007 | _____/s/_____
  | | HAITAO YANG
  | | *Pro se*

9 |

10 | **ORDER**

11 | Pursuant to stipulation, IT IS SO ORDERED.

12 |

13 | Dated: August 1, 2007 | _____
  | | JAMES WARE
  | | United States District Judge

Stipulation to Dismiss
C07-0511 JW                                         2